UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MARIAN COLLINS,                                            :
:
                         Plaintiff,   :
:        22-CV-7950 (VSB)
              -against-              :
:           **ORDER**
COSTCO WHOLESALE CORPORATION,   :
:
                      Defendant.   :
:
-----------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

      Plaintiff filed this action in State Court on June 1, 2022, and filed an affidavit of service on June 23, 2022.  (Doc. 4.)  Defendant removed the case to federal court on the basis of diversity jurisdiction on September 16, 2022.  (Doc. 4.)  The deadline for Defendant to respond to Plaintiff's complaint was September 23, 2022.  (Doc. 4.)  To date, Defendant has not responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 14, 2023.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 4, 2023
             New York, New York

                                                                          _____
                                                                       VERNON S. BRODERICK
                                                                       United States District Judge